UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MELANIE A. SHEWEY,

    Plaintiff,

v.

NANCY A. BERRYHILL,

    Defendant.

CASE NO. C16-5673-BAT

**ORDER GRANTING STIPULATED MOTION FOR REMAND**

This Court has jurisdiction pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and Local Magistrate Judge Rule MJR 13. *See also* Notice of Initial Assignment to a U.S. Magistrate Judge and Consent Form, Dkt. 5; Consent to Proceed Before a United States Magistrate Judge, Dkt. 6. This matter is before the Court on the parties' stipulated motion to remand the matter for further administrative proceedings, Dkt. 19.

After reviewing the parties' stipulated motion and the relevant record, the Court GRANTS the parties' motion and **ORDERS** that the case be **REVERSED** and **REMANDED** for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Administrative Law Judge shall re-evaluate all of the evidence, including the medical opinions, plaintiff's allegations about her limitations, and the lay evidence, and, if a favorable decision is not made on the record, the ALJ will present a hypothetical to a vocational

ORDER GRANTING STIPULATED MOTION FOR REMAND - 1

expert that includes all of plaintiff's limitations. *See* Dkt. 19. The parties further stipulate that plaintiff shall be eligible for attorneys' fees under the Equal Access to Justice Act, 24 U.S.C. § 2412 et seq., upon proper application to this Court. *Id.*

DATED this 13th day of April, 2017.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING STIPULATED MOTION FOR REMAND - 2